# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Richard L. Winans | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-CV-659-TDS-LPA |
| Franklin Collection Service, Inc. and Dan Franklin | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Richard L. Winans                                                                    .

Date:   12/04/2017

/s/ Brian L. Bromberg
*Attorney's signature*

Brian L. Bromberg
*Printed name and bar number*

Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
*Address*

brian@bromberglawoffice.com
*E-mail address*

(212) 248-7906
*Telephone number*

(212) 248-7908
*FAX number*