IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD L. WINANS, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 17cv659 |
| v. | ) ) | |
| FRANKLIN COLLECTION SERVICE, INC. And DAN FRANKLIN, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set out in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendants' motion for judgment on the pleadings (Doc. 13) is GRANTED, and the complaint (Doc. 1) is DISMISSED WITH PREJUDICE.

       /s/   Thomas D. Schroeder
       United States District Judge

August 16, 2018