UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RICHARD L. WINANS, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 17-CV-659-TDS-LPA<br>) |
| FRANKLIN COLLECTION SERVICE, INC. and DAN FRANKLIN, | )<br>)<br>) |
| Defendants. | ) |

## **NOTICE OF APPEAL**

Notice is hereby given that RICHARD L. WINANS, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order of the Honorable Thomas D. Schroeder, United States District Judge, signed and entered in this action on August 16, 2018, granting the Defendants' motion for judgment on the pleadings under Fed. R. Civ. P. 12(c) (ECF#20), and the resulting final judgment entered in this action on August 16, 2018 (ECF# 21).

Copies of the Memorandum Opinion and Order and of the Judgment are attached as **Exhibits A & B**, respectively.

Dated: Winston-Salem, NC
September 14, 2018

Respectfully submitted,

**LAW OFFICE OF JONATHAN R.
MILLER, PLLC, d/b/a
SALEM COMMUNITY LAW OFFICE**

By: /s/ Jonathan R. Miller
Jonathan R. Miller
One of Plaintiff's Attorneys

**Attorneys for Plaintiff**
Jonathan R. Miller
N.C. Bar No. 48224
Law Office of Jonathan R. Miller, PLLC, d/b/a
Salem Community Law Office
301 N. Main St., Suite 2412
Winston-Salem, NC 27101
Tel: (336) 837-4437
Fax: (336) 837-4436
jmiller@salemcommunitylaw.com

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
Tel: (212) 248-7906
Fax: (212) 248-7908
brian@bromberglawoffice.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served electronically upon the following via CM/ECF:

    Caren D. Enloe    cenloe@smithdebnamlaw.com

This the 14th day of September, 2018.

    /s/ Jonathan R. Miller
    Jonathan R. Miller
    N.C. Bar No. 48224
    Law Office of Jonathan R. Miller, PLLC, d/b/a
    Salem Community Law Office
    301 N. Main St., Suite 2412
    Winston-Salem, NC 27101
    Tel: (336) 837-4437
    Fax: (336) 837-4436
    jmiller@salemcommunitylaw.com