FILED: September 17, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2072
(1:17-cv-00659-TDS-LPA)

_____

RICHARD L. WINANS, on behalf of himself and all others similarly situated

      Plaintiff - Appellant

v.

FRANKLIN COLLECTION SERVICE, INC.; DAN FRANKLIN

      Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:17-cv-00659-TDS-LPA |
| Date notice of appeal filed in originating court: | 09/14/2018 |
| Appellant (s) | Richard L. Winans |
| Appellate Case Number | 18-2072 |
| Case Manager | Jennifer Rice<br>804-916-2702 |