FILED: November 13, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2072
(1:17-cv-00659-TDS-LPA)
_____

RICHARD L. WINANS, on behalf of himself and all others similarly situated

      Plaintiff - Appellant

v.

FRANKLIN COLLECTION SERVICE, INC.; DAN FRANKLIN

      Defendants - Appellees

_____

RULE 42(b) MANDATE
_____

      This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

      This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*